**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| XL Specialty Insurance Company,<br><br>        Plaintiff,<br><br>    -against-<br><br>Ideal Stamp Company and Inter Governmental Philatelic Corp., d/b/a Imperial Mint,<br><br>        Defendant. | Index No.: 1:26-CV-00537<br><br><br><br>**NOTICE OF APPEARANCE** |

The undersigned hereby appears as counsel on behalf of the Defendant in this action. The undersigned respectfully requests that this Honorable Court take notice of this appearance and notify the undersigned of all filings in this above captioned case.

Dated: March 2, 2026

                         **WILKOFSKY, FRIEDMAN**
                         **KAREL & CUMMINS**

By:   *Roman Rabinovich*
      ROMAN RABINOVICH (9125)
      *Attorneys for Plaintiff s*
      299 Broadway, Suite 1700
      New York, New York 10007
      (212) 285-0510
      romanlaws@gmail.com

25J119.L1