# MoundCotton

AMY J. KALLAL
(212) 804-4573
ajkallal@mouncotton.com

CA • FL • NJ • NY • TX
MoundCotton.com

July 24, 2026

**<u>Via Pacer</u>**

Honorable LaShann DeArcy Hall
United States District Judge
U.S. District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

> Re: *XL Specialty Insurance Company v. Ideal Stamp Company and Inter*
> *Governmental Philatelic Corp., d/b/a Imperial Mint*
> Case No. 26-CV-00537

Dear Judge Hall:

We represent plaintiff in the above-referenced case and write on behalf of all parties in connection with the pretrial schedule following the June 23, 2026 Initial Conference before Magistrate Judge Cho. The parties seek guidance on a schedule for plaintiff's intended motion under F.R.C.P. Rule 12(c) for judgment on the pleadings and accompanying motion to stay discovery pending resolution of the Rule 12(c) motion. Defendants intend to oppose plaintiff's motions.

As set out in Judge Cho's June 24, 2026 Minute Entry, prior to filing the motions, plaintiff will be amending its complaint under Rule 15(a). Consistent with the parties' agreement, Judge Cho ordered that, by July 24, 2026, plaintiff is to provide defendants with a redlined version of its proposed amended complaint. By July 31, 2026, if defendants consent, plaintiff may file its amended complaint; otherwise, plaintiff must file a motion for leave to amend in accordance with Your Honor's Individual Practices.

July 24, 2026
Page 2

Because plaintiff's planned motion under Rule 12(c) requires a separate briefing schedule that is dependent on the timing of the close of pleadings, which is not yet determined, as well as compliance with Your Honor's Individual Practices, which requires plaintiff to seek a premotion conference under Rule III(A)(1)(a),[1] Judge Cho was not able to set a complete pretrial schedule and directed the parties to seek direction from Your Honor. In the interim, Judge Cho set the following dates: June 30, 2026: parties to serve initial disclosures; September 30, 2026: deadline for any pleading amendments or joinder of additional parties; December 18, 2026: parties to complete fact discovery.

The parties have agreed to the following proposal for plaintiff's planned motions subject to approval by Your Honor and any further discussion that may be required:

- Plaintiff to request premotion conference for Rule 12(c) motion: 45 days after defendants' answer to plaintiff's amended complaint and plaintiff's answer to defendants' amended counterclaims, if any.

- Plaintiff to move to stay discovery pending resolution of Rule 12(c) motion: consistent with the dates set for briefing on the Rule 12(c) motion.

The parties look forward to resolving these scheduling issues.

Respectfully,

Amy J. Kallal

cc:   Roman Rabinovich
      Jonathan Wilkofsky
      Jason Fratus

---

[1] To the extent defendants do not consent to plaintiff's amended complaint and plaintiff must file a motion for leave to amend, such motion practice is likewise governed by Your Honor's Individual Practices, Rule III(A)(1)(c), requiring a request for a premotion conference.